HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLEN GRIFFIN,<br><br>        Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | CASE NO. 15-910 RAJ<br><br>ORDER |

This matter comes before the court on defendant the Boeing Company's motion to dismiss. Dkt. # 11. The court has reviewed Ms. Griffin's complaint as well as the amended complaint attached to her motion to amend (Dkt. # 33). The claims alleged in both complaints are identical to the claims alleged in a previous lawsuit already decided by this court. *See* Case No. 13-cv-38-RAJ.

The doctrine of res judicata "bars litigation in a subsequent action of any claims that were raised or could have been raised in [a] prior action." *Ownes v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 713 (9th Cir. 2001) (internal quotation marks and citation omitted). The doctrine serves the important public policy of providing "an end to

- 1

litigation" and ensures that "matters once tried shall be considered forever settled as between the parties." *Federated Dep't Stores, Inc. v. Moitie*, 452 U.S. 394, 401-02 (1981).

On June 25, 2015, this court entered an order granting summary judgment in Ms. Griffin's initial action. The court found in favor of Boeing on Ms. Griffin's pay discrimination and discriminatory/retaliatory discharge claims. Dkt. ## 91, 92. This new action raises the same claims against the same defendant. Accordingly, res judicata bars this action. Boeing's motion is GRANTED. Dkt. # 11.

The clerk is directed to dismiss Ms. Griffin's complaint, terminate all pending motions and close this case.

Dated this 16th day of November, 2015.

*(signature)*

The Honorable Richard A. Jones
United States District Court

ORDER- 2